Chapter 11

BANKRUPTCY COURT FOR THE

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>VS DEVELOPING LLC,<br><br>                    Debtor-in-Possession.<br>------------------------------------------------------<br>VS DEVELOPING LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>PBRELF 1, LLC,<br><br>                    Defendant. | CASE NO. 22-11041<br><br>ADV. PRO.:<br><br>VERIFIED COMPLAINT (CLAIMS OBJECTION) |

COME NOW Plaintiff VS Developing LLC (hereinafter "**Debtor**"), and for its complaint against creditor BRMK Lending, LLC, successor by merger to PBRELF I, LLC ("**Pyatt Broadmark**"), alleges the following facts and causes of action:

### I. JURISDICTION

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334(b) and Local Civil Rule 87 of the U.S. District Court for the Western District of Washington. This is a core

VERIFIED COMPLAINT - 1                                                           SALISH SEA LEGAL
2212 Queen Anne Ave N.,No.719
Seattle, WASHINGTON 98109
(206) 257-9547

Case 22-01033-CMA   Doc 1   Filed 06/28/22   Ent. 06/28/22 18:17:42   Pg. 1 of 9

proceeding within the meaning of 28 U.S.C. §157(b)(2), including §157(b)(2)(B), (C) and (K).

2. Venue is proper in the U.S. District Court for the Western District of Washington under 28 U.S.C. §1409.

## II. PARTIES

3. Pyatt Broadmark is a publicly-traded construction and real estate investor and lender for non-conforming borrowers, based in Western Washington.

4. VS Developing is a Washington limited liability company, with no assets other that a residential home, in Tulalip, WA. It was formed in 2016.

5. The owners of the Debtor are husband and wife, Valentin and Viktoriya Stelmakh, as well as Valentin's brother-in-law, Sergey Babak.

6. The Stelmakhs built and live at 4415 Priest Point Drive NW, Tulalip, Washington 98271 ("**Debtor's Property**"). The Debtor's Property is currently worth approximately $1.4 MM.

## III. FACTS

7. Pyatt Broadmark previously lent money to an unrelated party to complete a construction project located at 2467 South College Street, Seattle, Washington 98144, identified by King County parcel number 159460-0090-082 (the "**Original Property**").

8. The builder/borrower on the Original Property defaulted and Pyatt Broadmark took over the incomplete project.

9. Pyatt Broadmark lacked the ability to complete the Original Property, and so in 2016 partnered with Ukrainian immigrants, Valentin and Viktoriya Stelmakh, and their other (non-debtor) construction business, V.S. Investment Assoc, LLC ("**VS Investment**"), in order to complete construction on the Original Property.

10. While the Stelmakhs and VS Investment borrowed money from Pyatt Broadmark to complete the Original Property, they also relied on multiple representations from Pyatt Broadmark about the quality of prior work, the amount of work still required to be done, and the amount of time necessary to obtain relevant permissions and licenses from relevant authorities.

VERIFIED COMPLAINT - 2

SALISH SEA LEGAL
2212 Queen Anne Ave N.,No.719
Seattle, WASHINGTON 98109
(206) 257-9547

Case 22-01033-CMA    Doc 1    Filed 06/28/22    Ent. 06/28/22 18:17:42    Pg. 2 of 9

11. The amount of money originally borrowed, which turned out to be wholly insufficient was $1.88 MM.

12. Pyatt Broadmark made a series of error and mistakes in representing the quality and condition of the Original Property, and the time and effort and cost necessary to complete it. For example, the major reason that construction was not timely completed was that it turned out that base-level commercial space required extensive permitting and installation of fire sensors.

13. In documenting this transaction, the Stelmakhs were unrepresented by counsel, and were not competent to parse technical English, while Pyatt Broadmark was represented and in fact drafted all terms of the agreements.

14. In the course of this transaction, Pyatt Broadmark represented that when it was completed, the project would be worth close to $ 4.0 MM.

15. These statements were false when made.

16. However, assuming that they were correct, Pyatt Broadmark did not require significant additional collateral from the Stelmakhs in order to move forward for the transaction.

17. Orally and in emails or texts, Pyatt Broadmark only requested a "topper" of an additional $200,000 on the Stelmakhs' home at 4415 Priest Point Drive NW, Tulalip, Washington 98271, then formally owned by the Stelmakh's sister. The reason for this was that the Stelmakhs also paid $100,000 down in cash at inception.

18. It made no commercial sense at the time to grant an unlimited deed of trust on the Debtor's Property, because there was already a significant equity cushion in the Original Property, and Pyatt Broadmark was solving the problem of what to do with one of its nonperforming properties.

19. Furthermore, as part of this 2016 transaction, Pyatt Broadmark caused 4415 Priest Point Drive NW, Tulalip, Washington 98271 to be transferred to a shell entity, also controlled by the Stelmakhs and their brother-in-law, Sergey Bobka, for no consideration.

20. The name of this entity – the Debtor in this bankruptcy --- is VS Developing LLC.

VERIFIED COMPLAINT - 3

SALISH SEA LEGAL
2212 Queen Anne Ave N.,No.719
Seattle, WASHINGTON 98109
(206) 257-9547

Case 22-01033-CMA    Doc 1    Filed 06/28/22    Ent. 06/28/22 18:17:42    Pg. 3 of 9

21. Nonetheless, in the final transaction documents for the transaction, Pyatt Broadmark added without consent an *unlimited* deed of trust on the Debtor's Property, even though the meeting of the minds had been limited to $200,000.

22. When completed, the Original Property sold for less than $ 2.0 MM, leaving a substantial deficiency on the original loan, only $200,000 of which could be recovered on a secured basis from the Debtor's Home.

23. The other construction business, VS Investment, previously filed bankruptcy, and to effectuate dismissal of that case, a settlement agreement was signed, waiving various rights.

24. That document is irrelevant to resolution of the present litigation, because the debtor in this bankruptcy case, who holds the Debtor's Property per the direction of Pyatt Broadmark, was never a party to that Settlement Agreement or any releases.

25. Therefore, VS Developing reserves all rights to contest the prior payoff amount of monies owed to Pyatt Broadmark, and assert counterclaims and caps on indebtedness against the Defendant.

## IV. CAUSE OF ACTION: OBJECTION TO PROOF OF CLAIM
## BASED ON 11 U.S.C. § 502(A)

26. The present allegations incorporate as if set forth herein, all the prior allegations in this Complaint.

27. Pyatt Broadmark was the Stelmakhs' and VS Developing's partner and fiduciary in developing the Original Property.

28. The Defendant misstated certain relevant features of the construction development project, and caused the Stelhmakhs to enter into various financial documentation without the benefit of translators or attorneys.

29. The applicable financial documentation did not reflect the agreement between the parties, that any residual indebtedness after sale of the completed Original Property, would be capped at $200,000.

VERIFIED COMPLAINT - 4

SALISH SEA LEGAL
2212 Queen Anne Ave N.,No.719
Seattle, WASHINGTON 98109
(206) 257-9547

30. Subject to further discovery, the lack of any cap on the secured indebtedness of the Debtor's Property was at least inadvertent, and constituted a mistake by Pyatt Broadmark and/or its attorneys.

31. Despite the foregoing, Pyatt Broadmark apparently plans to assert a claim against VS Developing for $2.3 million, based on a certain Settlement Agreement. Case No. 22-10916 at ECF No. 10 at p. 6.

32. VS Developing was not a party to the Settlement Agreement. Therefore, no releases in that document apply or waive defenses by VS Developing.

33. In light of the foregoing, Pyatt Broadmark is entitled to no more than, exclusive of interest, an in rem $200,000 claim, or such lesser amount to be established at trial against the Debtor.

### V. PRAYER FOR RELIEF

WHEREFORE Debtor prays for entry of a judgment disallowing the claim of Pyatt Broadmark in the amount asserted by Defendant, and as set forth above, and for such other equitable relief as the Court deems appropriate.

*I, Valentin Stelmakh, am the managingmember of VS Developing LLC. I have reviewed all the allegations in this Verified Complaint carefully, and I swear and attest, after discussing the meanings of certain English technical words with my attorney, that the contents herein are true and accurate.*

SWORN to this 28th day of June, 2022.

Valentin Stelmakh
_____

Member, VS Developing LLC

VERIFIED COMPLAINT - 5

SALISH SEA LEGAL
2212 Queen Anne Ave N., No.719
Seattle, WASHINGTON 98109
(206) 257-9547

Case 22-01033-CMA    Doc 1    Filed 06/28/22    Ent. 06/28/22 18:17:42    Pg. 5 of 9

SALISH SEA LEGAL

By: ___/s/ Ben Ellison___
Benjamin A. Ellison, WSBA No. 48315
2212 Queen Anne Ave N., No. 719
Seattle, WA 98109

Proposed Attorney for Debtor-in-Possession

VERIFIED COMPLAINT - 6

VERIFIED COMPLAINT - 7

SALISH SEA LEGAL
2212 Queen Anne Ave N.,No.719
Seattle, WASHINGTON 98109
(206) 257-9547

Case 22-01033-CMA    Doc 1    Filed 06/28/22    Ent. 06/28/22 18:17:42    Pg. 7 of 9

**Signature:** _____
Valentin Stelmakh (Jun 28, 2022 17:39 PDT)

**Email:** stelmakhv@yahoo.com

# Pyatt Broadmark Complaint

Final Audit Report                                          2022-06-29

| | |
|---|---|
| Created: | 2022-06-28 |
| By: | SALISH SEA LEGAL PLLC (benaellison@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAFP1vdmIY8Xye5NG28F4A7kJ56Hnzqesr |

## "Pyatt Broadmark Complaint" History

- Document created by SALISH SEA LEGAL PLLC (benaellison@gmail.com)
  2022-06-28 - 9:55:18 PM GMT- IP address: 71.227.229.152

- Document emailed to stelmakhv@yahoo.com for signature
  2022-06-28 - 9:57:36 PM GMT

- Email viewed by stelmakhv@yahoo.com
  2022-06-29 - 0:37:48 AM GMT- IP address: 67.195.51.173

- Document e-signed by Valentin Stelmakh (stelmakhv@yahoo.com)
  Signature Date: 2022-06-29 - 0:39:31 AM GMT - Time Source: server- IP address: 174.215.116.75

- Agreement completed.
  2022-06-29 - 0:39:31 AM GMT

Adobe Acrobat Sign