**Below is the Order of the Court.**



_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>VS Developing LLC,<br><br>                Debtor. | Case No. 22-11041 |
| VS Developing LLC,<br><br>                Plaintiff,<br>    v.<br><br>PBRELF 1 LLC, et al.<br><br>                Defendants. | Adv. No. 22-01033<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ADVERSARY CASE |

      This matter came before the Court on defendant BRMK Lending, LLC's Motion for Dismissal of Plaintiff's Complaint Under Rule 12(b)(6) [ECF No. 5]. The Court held a hearing

Order - 1

on this matter on September 1, 2022, at which it made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby ORDERED as follows:

1. The above-captioned adversary proceeding is DISMISSED without prejudice.

///END OF ORDER///

Order - 2